UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| David McCaig, individually and as the | § | |
| Heir at Law of Allie Vida McCaig, | § | 2:11-cv-00351 |
| And Marilyn McCaig | § | |
| | § | |
| vs. | § | |
| | § | |
| Wells Fargo Bank (Texas), N.A. | § | JURY REQUESTED |

**OPPOSED MOTION FOR MORE DEFINITIVE STATEMENT**
**OR ALTERNATIVELY TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, David McCaig, individually and as Heir at Law of Allie Vida McCaig, and Marilyn McCaig, and make this motion seeking a more definitive statement of allegations concerning affirmative defenses plead recently (dkt #38), or alternatively asking that such affirmative defenses be dismissed as implausible, and would show as follows:

I.

1. This case arises under breach of contract and violation of the Fair Debt Collection Acts.

2. On August 20, 2012, the Court Ordered Plaintiff to replead, which was done promptly. (dkt# 36 – Order, dkt#37 – Plaintiff's Second Amended Petition). Thereafter Defendant filed its answer in response to the amended petition. (dkt#38). Defendant pleads seven affirmative defenses without any factual backing or allegations of how those conclusory statements would relate to the facts of this case.

3. The plausibility standard of *Twombly and Iqbal* apply to affirmative defenses. *Herrera v. Utilimap Corp.*, Not Published in F.Supp, 2012 WL 3527065 (S.D. Tex., 2012) (Mag. Judge Nacy Johnson). Hence a defendant asserting an affirmative defense must plead "enough facts to state a claim that is plausible on its face" *Vargas v. HWC General Maintenance, LLC*, Not

1

reported in F. Sup., 2012, 2012 WL 948892 (S.D. Tex 2012) (Judge Melinda Harmon); *U.S. v. Brink*, Not reported in F. Supp., 2011 WL 835828 (S.D. Tex 2011) (Judge Janis Jack).

4. Defendant has given no facts to support any of the affirmative defenses alleged. Hence there is insufficient facts plead to state a plausible claim, and insufficient facts to give Plaintiff fair notice of what support there could be for these claims.

## II.
## CERTIFICATE OF CONFERENCE

5. I hereby certify that I conferred with Branch Sheppard, counsel for Defendant, who was unable to agree to plead more specifically, and hence this motion is opposed.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Defendant be ordered to replead stating its factual basis for such allegations, or alternatively to dismiss the affirmative defenses.

>                        Respectfully Submitted,
>
>                        __/s/ Savannah Robinson___
>                        Savannah Robinson
>                        ATTORNEY IN CHARGE
>                        FOR PLAINTIFF
>                        SBN: 17108150
>                        Fed. ID: 5922
>                        1822 Main
>                        Danbury, TX 77534
>                        fax: 979-922-8857

## CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served by certified mail, return receipt requested, pursuant to the Federal Rules of Civil Procedure, on the following persons, on this the __31___ day of _August_, 2012.

George A. Kurisky, Jr.
BranchM. Sheppard
Johnson, DeLuca, Kurisky & Gould PC

4 Houston Center
1221 Lamar St, Suite 1000
Houston, TX 77010

                                            __/s/ Savannah Robinson_____
                                            Savannah Robinson