UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| David McCaig, individually and as the Heir at Law of Allie Vida McCaig, And Marilyn McCaig | § § § § | 2:11-cv-00351 |
| vs. | § § § | |
| Wells Fargo Bank (Texas), N.A. | § | JURY REQUESTED |

## ORDER

BE IT REMEMBERED that on this day came to be heard the Motion of Plaintiffs for More Definitive Statement or Alternatively to Dismiss, and the Court having examined the pleadings and finding that the motion should be granted,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Defendant shall replead to comply with *Twombly and Iqbal*, within ten days from the signature of this Order, and

IT IS FURTHER ORDERED, that is such repleading is not made, the affirmative defenses, paragraphs 37 – 45, shall be dismissed.

SIGNED on this the _____ day of September, 2012.

_____
Hon. Nelda Ramos
JUDGE PRESIDING

1