UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DAVID MCCAIG, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:11-CV-00351 |
| § | |
| WELLS FARGO BANK (TEXAS), N.A., § | |
| § | |
| Defendant. § | |

# ORDER

Before the Court is Defendant "Wells Fargo Bank, N.A.'s Second Motion for Summary Judgment and Motion to Dimiss with Prejudice Pursuant to FRCP 12(b)(6)" (D.E. 57). After due consideration, the Motion is DENIED in its entirety. Also pending are (1) "Wells Fargo Bank, N.A.'s Motion to Compel Plaintiffs to Reimburse Fees and Costs" (D.E. 62); and (2) Plaintiffs' "Opposed Motion to Compel" (D.E. 64). Both of those motions (D.E. 62, 64) are taken UNDER ADVISEMENT. The hearing scheduled for February 6, 2013 at 1:30 p.m. is CANCELED. The Court ORDERS the parties to mediation within thirty (30) days.

ORDERED this 4th day of February, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE