UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID MCCAIG, *et al*, | § | |
| | § | |
|     Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:11-CV-00351 |
| | § | |
| WELLS FARGO BANK (TEXAS), N.A., | § | |
| | § | |
|     Defendant. | § | |

## ORDER

Before the Court is "Wells Fargo Bank, N.A.'s Motion to Compel Plaintiffs to Reimburse Fees and Costs" (D.E. 62). After due consideration, the Court GRANTS the motion and ORDERS Plaintiffs to reimburse Wells Fargo Bank, N.A. the sum of $765.90 for reasonable and necessary travel expenses incurred in its witness' travel to Houston for deposition subsequently cancelled by Plaintiffs.

ORDERED this 8th day of March, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE