UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| David McCaig, individually and as the Heir at Law of Allie Vida McCaig, And Marilyn McCaig | § § § § | 2:11-cv-00351 |
| vs. | § § | |
| Wells Fargo Bank (Texas), N.A. | § | JURY REQUESTED |

**NOTICE OF COMPLIANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, David and Marilyn McCaig, and notifies the Court of compliance with its Order, to wit:

The deposition of a corporate representative is set for March 20, 2013, at 10:30 am, in the offices of defendant's counsel, Houston, Texas.

Respectfully submitted,

\_\_\_/s/ *Savannah Robinson*\_\_
Savannah Robinson
ATTORNEY IN CHARGE
FOR PLAINTIFF
State Bar No.: 17108150
Fed. ID: 5922
1822 Main Street
Danbury, Texas 77534
(979) 922-8825 - Telephone
(979) 922-8857 - Facsimile

CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served, pursuant to the Federal Rules of Civil Procedure, on the following persons, by electronic transfer, on this the __12_ day of __March____, 2013.

Branch Sheppard
George Kurisky, Jr.

1

Johnson Deluca Kurisky & Gould PC
1221 Lamar St., Suite 1000
Houston, TX 77010
FAX: 713-652-5130

                                          ___/s/ *Savannah Robinson*_____
                                          Savannah Robinson