UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| David McCaig, individually and as the Representative of the Estate of Allie Vida McCaig | § § § § | 2:11-cv-00351 |
| vs. | § § | |
| Wells Fargo Bank (Texas), N.A. | § | JURY REQUESTED |

ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE

BE IT REMEMBERED, that on the 22nd day of April, 2013, came to be heard the Plaintiffs' Unopposed Motion to extend the discovery deadline, and the Court having examined the pleadings and being of the opinion that the Motion should be granted,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT the parties shall complete discovery by June 01, 2013.

SIGNED on this the 22nd day of April, 2013.

Hon. Nelva Ramos-Gonzalez
JUDGE PRESIDING