PLAINTIFF'S REQUESTED INSTRUCTION NO. __1__

A "consumer" need not be a party to a contract. The elements for determining consumer status are that the person 1) sought or acquired 2) consumer debt 3) by agreement and that 4) the debt 5) forms the basis of their complaint.

.

PLAINTIFF'S REQUESTED INSTRUCTION NO. __2__

Malice means:

 (a) a specific intent by *Wells Fargo Bank, NA* to cause substantial injury to *Paul Payne*; or

 (b) an act or omission by *Wells Fargo Bank, NA*,

  (i) which when viewed objectively from the standpoint of *Wells Fargo Bank, NA* at the time of its occurrence involves an extreme degree of risk, considering the probability and magnitude of the potential harm to others; and

  (ii) of which *Wells Fargo Bank, NA* has actual, subjective awareness of the risk involved, but nevertheless proceeds with conscious indifference to the rights, safety, or welfare of others.

PJC 115.36A

PLAINTIFF'S REQUESTED INSTRUCTION NO. __3__

You are instructed that, when a party has possession of a piece of evidence at a time it knows or should have known it will be evidence in a controversy, and thereafter it disposes of it, makes it unavailable, or fails to produce it, there is a presumption in law that the piece of evidence, had it been produced, would have been unfavorable to the party who did not produce it.

.