United States Courts
Southern District of Texas
FILED

SEP 23 2013

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID MCCAIG ET AL. | § § | |
| VS | § § | CA-C-11-351 |
| WELLS FARGO BANK (TEXAS), N.A. | § § § | |

JURY NOTE NO. ~~2~~ 1

We Have Reached A Decision.

9-23-13 @ 10:45 Am
**Date and Time**

**Presiding Juror**

**RESPONSE:**

_____
Date

NELVA GONZALES RAMOS
United States District Judge