**QUESTION SEVEN – ADDITIONAL INSTRUCTION**

      Do not include in your answer any damages, if any, previously awarded in response to Question 5, above.

GIVEN _____    REFUSED ✓    GIVEN AS MODIFIED _____

*MJRamos*
9/20/13