**J. F. 'CHIP' MORROW**

5514 Darmondale Boulevard
San Antonio, TX 78261-2622
Direct 210-651-3749
Fax 210-651-4076
Email: jfmorrow@mac.com



- EXPERIENCE
- INTEGRITY
- KNOWLEDGE
- RESOURCES
- TESTED

# Invoice

| Bill To: |
|---|
| BRANCH M. SHEPPARD, ESQ.<br>JOHNSON, DELUCA, KURISKY & GOULD<br>4 HOUSTON CENTER<br>1221 LAMAR ST., SUITE 1000<br>HOUSTON, TX 77010 |

| Date | Invoice No. |
|---|---|
| 06/18/13 | 25232 |

| Case No. |
|---|
| DAVID MCCAIG, ET AL. V. WELLS FARGO BANK (TEXAS), N.A.<br>U.S. DISTRICT COURT SO. DISTRICT OF TX, CORPUS CHRISTI DIVISION<br>CASE NO. 2:11-CV-00351 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| June 18 | PREPARE FOR DEPOSITION & READ DEPOSITION | 3 | 400.00 | 1,200.00 |
| June 19 | TRAVEL TO AND GIVE DEPOSITION | 4.6 | 400.00 | 1,840.00 |

**Total** $3,040.00

EXHIBIT A