

8/15/13

Invoice Related
to Deposition

Mr Branch Sheppard
Johnson DeLuca Kurisky & Gould PC
4 Houston Center
1221 Lamar St, Suite 1000
Houston, Tx 77010

|  |  | hrs |
|---|---|---|
| 6/19/13 | preparation for deposition | 2.2 |
| 6/20/13 | preparation for deposition | 1.8 |
|  | travel & attend deposition | 1 |

fee 400/hr.                  5 hrs = $2000

Thank you

Dale Faulkner MD



22001 Southwest Freeway, Suite 210 • Richmond, Texas 77469
www.oakbendmedicalgroup.com