UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| David McCaig, individually and as the Heir at Law of Allie Vida McCaig, And Marilyn McCaig | § § § § | 2:11-cv-00351 |
| vs. | § § § | |
| Wells Fargo Bank (Texas), N.A. | § | JURY REQUESTED |

**<u>PLAINTIFF'S RESPONSE TO WELLS FARGO'S MOTION FOR COSTS</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

　　　Comes Now, David McCaig, individually and as Heir at Law of Allie Vida McCaig, and Marilyn McCaig, and make this his Response in opposition to the Motion of Wells Fargo for costs incurred as costs of court, and would show as follows:

I.

1.　　The request of Wells Fargo was made after entry of judgment. The request is not a request for costs, under Federal Rule 54, but a request for discovery expenses, under Federal Rule 26. Unlike Rule 54, Rule 26 has two requirements – reasonableness, and that the request not cause "manifest injustice". FED R CIV PRO Rule 26(b)(4)(E).

2.　　Plaintiffs object to the request for discovery costs as being untimely.

3.　　Plaintiffs further object to the request for discovery costs as being unreasonable. *Knight v. Kirby Inland Marine, Inc.*, 481 F. 3d 347, 356 (5th Cir. 2007).

A. CHIP MORROW

4.　　Mr. Morrow claims an excessive amount of time in preparation for writing his report – which had huge gaps in logic and fact that required his deposition. Mr. Morrow claims an

1

excessive amount of time conferring with opposing counsel, rather than researching the relevant issues in the case.

B. DR. FAULKNER

5.   Dr. Faulkner's testimony was not relevant, as he concluded at the end of his short deposition.

> Q: Okay. In the designation of experts, you are designated as an expert on mental anguish. What qualifications do you have to determine the state of mental anguish of David McCaig?
> A. I don't claim to be an expert on mental anguish.
> Q. Okay. And there were two other things. One was his cardiac history, and I forget the third.
> A. Stress.
> Q. Stress. Okay.
> A. Don't claim to be an expert in stress, either.

(Depo of Dr. Faulkner, Page 25, lines 10 – 20).

Hence all of his time expended in preparation was solely to make the case more costly to the Plaintiff, a strategy that Wells Fargo has used at every opportunity.

6.   It would work a manifest injustice to retain experts whose testimony is irrelevant, or who are unqualified, merely to increase the cost and difficulty of litigation. *Stewart v. City of Houston*, Not Reported in F Supp. 2d., 2010 WL 1524015, * 1-2 (S.D. Tex, 2010) (Judge Rosenthal).

   WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court enter its judgment denying the motion and determining that Defendant pay the costs as previously requested.

>   Respectfully Submitted,
>
>   __/s/ Savannah Robinson___
>   Savannah Robinson
>   ATTORNEY IN CHARGE
>   FOR PLAINTIFF
>   SBN: 17108150

2

                                                              Fed. ID: 5922
                                                              1822 Main
                                                              Danbury, TX 77534
                                                             fax: 979-922-8857

CERTIFICATE OF SERVICE

I hereby certify that a true, complete and correct copy of the attached and foregoing was this day served by certified mail, return receipt requested, pursuant to the Federal Rules of Civil Procedure, on the following persons, on this the ___20__ day of _January_____, 2014.

George A. Kurisky, Jr.
BranchM. Sheppard
Johnson, DeLuca, Kurisky & Gould PC
4 Houston Center
1221 Lamar St, Suite 1000
Houston, TX 77010

                                         __/s/ Savannah Robinson_____
                                         Savannah Robinson